UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO:  1:22-cr-00002-AW-GRJ-1

UNITED STATES OF AMERICA

v.

JESUS CALVILLO, a/k/a "Chuy"
_____/

**CONSENT**
**MOTION TO CONTINUE TRIAL**

COMES NOW the Defendant, Jesus Calvillo a/k/a "Chuy," by and through his undersigned counsel, pursuant to Fed. R. Crim. P. 12(b), and respectfully requests this Honorable Court to continue the July 26, 2023 trial in this case, and in support thereof, states as follows:

1.      As noted in the prior motions, the government's discovery includes extensive video evidence and reports, the review of which has been and will continue to be time-consuming, and has necessitated the need for additional investigation.

2.      In addition, there are scores of witnesses involved in the alleged activities, such that potential witness interviews and investigation has been and will continue to be time-consuming.

3.      Moreover, there is a State case, involving the same facts and individuals, which counsel needs to review, including securing the files of Mr. Calvillo's State defense attorney, as well as the State discovery and documentation of the State court proceedings, to better comprehend the federal charges, and review them with the government.

4.      Respectfully, counsel cannot accomplish these important and complex tasks in time for the currently-set July 26, 2023 trial date.  Of course, counsel has assured the Court it is

reasonably anticipated that a trial of this case will not be required.

5.      In addition, and most importantly, there are sensitive issues that need to be resolved with the government, and with various government agents and agencies, prior to trial.  More to the point, Mr. Calvillo is <u>directly</u> assisting those agencies at this time, which is the primary reason this motion is filed.

6.      There are matters the government is currently investigating that will involved dates well into the fall of 2023, which, at their conclusion, will required additional time to assess and act upon.  That time line prevents the parties from making final determinations about resolution of this case and/or other issues.

7.      This motion is made in good faith, and not for purposes of delay.

8.      Counsel certifies Mr. Calvillo consents to the granting of this continuance request.

9.      Eric K. Mountin, Esq., the Assistant U.S. Attorney assigned to this case, has permitted counsel to inform the Court the government has reviewed this motion and consents to it, and will, after this motion is filed, confirm with the Court's Judicial Assistant the government concurs with this assessment.

WHEREFORE, it is respectfully requested this Honorable Court grant this motion and enter an order continuing the July 26, 2023 trial to a date and time deemed appropriate by the Court, but for a time period in the fall of 2023.

Respectfully submitted,

**FALLGATTER CATLIN & VARON, P.A.**

  /s/ Curtis S. Fallgatter
Curtis S. Fallgatter, Esq.
Florida Bar No:  0213225

200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com Email
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to: Eric K. Mountin, Esq., Assistant United States Attorney (*eric.mountin@usdoj.gov*), this 29th day of June, 2023.

 /s/ Curtis S. Fallgatter
ATTORNEY

138028